**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Tracy<br>First name<br><br>John<br>Middle name<br><br>Clement<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6001 | |

Debtor 1    Tracy John Clement                                         Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business name or EINs.

DBA  Clement Farms
_____
Business name(s)

_____

_____
EINs

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

_____
Business name(s)

_____

_____
EINs

---

**5.  Where you live**

12515 County 3
Spring Valley, MN 55975
_____
Number, Street, City, State & ZIP Code

Fillmore
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1   Tracy John Clement                                   Case number *(if known)*_____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   Tracy John Clement                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

Clement Farms
Name of business, if any

12515 County 3
Spring Valley, MN 55975
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1   Tracy John Clement                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Tracy John Clement                         Case number *(if known)*

## Part 6:  Answer These Questions for Reporting Purposes

**16.** **What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     ☑ No. Go to line 16b.

     ☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

     ☐ No. Go to line 16c.

     ☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

     ☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

     ☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

         ☐ No

         ☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Tracy John Clement

_____          _____
Tracy John Clement                              Signature of Debtor 2
Signature of Debtor 1

Executed on   April 11, 2016                Executed on _____
           MM / DD / YYYY                           MM / DD / YYYY

Debtor 1    Tracy John Clement _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| /s/ Clinton E. Cutler | Date | April 11, 2016 |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Clinton E. Cutler
Printed name

Fredrikson & Byron, P.A.
Firm name

200 S Sixth St, Ste 4000
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone    612.492.7000                    Email address

158094
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Tracy John Clement |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

METABANK
600 Main Ave
PO Box 98
Brookings, SD 57006

**What is the nature of the claim?**   Judgment   $ $4,881,819.22

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Kevin Moe

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

605.692.2314

Value of security:   - $ _____
Unsecured claim   $ _____

Contact phone

**2**

Tri-State Ag
3180 U S 75 Avenue
Hull, IA 51239

**What is the nature of the claim?**   Farm chemicals   $ $465,098.96

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Brad Arens

**Does the creditor have a lien on your property?**

■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    Tracy John Clement

Case number *(if known)* _____

brad.arensne@gmail.com
Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

712.439.2108
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**3**

Deere & Company
6400 NW 86th Street
Johnston, IA 50131-3000

**What is the nature of the claim?**    612 c Chopping Head
S/N: 766398    $ $395,727.11

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☐ No
■ Yes. Total claim (secured and unsecured)    $ $445,727.11

Contact phone

Value of security:    - $ $50,000.00
Unsecured claim    $ $395,727.11

---

**4**

Pioneer - PHI Financial Svcs
PO Box 1000
Johnston, IA 50131

**What is the nature of the claim?**    Seed    $ $190,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Paul Frank

**Does the creditor have a lien on your property?**

paul.frank@plantpioneer.com
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

800.248.4030
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**5**

NuTech Seed
2321 North Loop Dr, Ste 230
Ames, IA 50010

**What is the nature of the claim?**    Seed corn    $ $160,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

800.942.6148
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Tracy John Clement | Case number *(if known)* | |

**6**

CNH Industrial Capital America
100 Brubaker Ave
New Holland, PA 17557

**What is the nature of the claim?**   John Deere S670 Combine S/N: 757743; John Deere 608C Combine Head S/N: 756885; and  John Deere 635F Combine Head S/N: 735702   $ $140,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Carrie Simpson

Contact

262.636.5758
Contact phone

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $ $365,000.00

Value of security:   - $ $225,000.00
Unsecured claim   $ $140,000.00

**7**

Northland Capital
PO Box 7278
St Cloud, MN 56302

**What is the nature of the claim?**   Equipment lease   $ $127,967.21

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Don Peterson

Contact

320.252.2122
Contact phone

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $ $127,967.21

Value of security:   - $ $0.00
Unsecured claim   $ $127,967.21

**8**

SEMA
1013 S Section Avenue
Spring Valley, MN 55975

**What is the nature of the claim?**   Parts and repair   $ $90,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Wayne Isenberg

Contact

507.346.3116
Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $

Value of security:   - $
Unsecured claim   $

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    Tracy John Clement                                    Case number (if known) _____

| 9 | Cargil Incorporated | What is the nature of the claim? | Liability of C&B Farms L.L.C. | $ $85,000.00 |

2509 E 54th Street N
Sioux Falls, SD 57104

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)      $ _____

Contact _____
Value of security:      - $ _____
Contact phone _____
Unsecured claim      $ _____

| 10 | Schwarck Seed | What is the nature of the claim? | Seed | $ $76,650.00 |

3317 390th Street
Riceville, IA 50466

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Mike Schwarck

Does the creditor have a lien on your property?

schwarckseeds@yahoo.com
Contact
☒ No
☐ Yes. Total claim (secured and unsecured)      $ _____

641.373.0672
Contact phone
Value of security:      - $ _____
Unsecured claim      $ _____

| 11 | Adams, Rizzi & Sween, P.A. | What is the nature of the claim? | Legal services | $ $70,000.00 |

300 First Street NW
Austin, MN 55912

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Paul Sween

Does the creditor have a lien on your property?

psween@adamsrizzisween.com
Contact
☒ No
☐ Yes. Total claim (secured and unsecured)      $ _____

507.433.7394
Contact phone
Value of security:      - $ _____
Unsecured claim      $ _____

| 12 | Postville Farmers Co-op | What is the nature of the claim? | Fuel | $ $60,128.75 |

325 Co-op Drive
Postville, IA 52162

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Tracy John Clement                                    Case number *(if known)*

☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

Contact

563.864.7234                                       Value of security:    - $ _____

Contact phone                                      Unsecured claim    $ _____

---

**13**    J & S Repair Inc.
505 2nd Street NE
Grand Meadow, MN 55936

What is the nature of the claim?    Farm supplies    $ $59,815.47

**As of the date you file, the claim is:** Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

Contact

507.754.5233                                       Value of security:    - $ _____

Contact phone                                      Unsecured claim    $ _____

---

**14**    Grinnell Hail Insurance 2014
4215 Highway 146
S/POE
Grinnell, IA 50112

What is the nature of the claim?    Crop insurance    $ $54,000.00

**As of the date you file, the claim is:** Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

Contact

800.362.2041                                       Value of security:    - $ _____

Contact phone                                      Unsecured claim    $ _____

---

**15**    Farmers Mutual Hail Insurance
6785 Westown Parkway
West Des Moines, IA 50266

What is the nature of the claim?    2015 Crop insurance    $ $49,260.63

**As of the date you file, the claim is:** Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

Contact                                            Value of security:    - $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Tracy John Clement                                    Case number *(if known)*

855.364.3276
Contact phone                                    Unsecured claim    $

---

| 16 | | | | |
|---|---|---|---|---|

Capital One Credit Card
PO Box 9600
Carol Stream, IL 60128

**What is the nature of the claim?**    Credit card purchases    $ $38,113.03

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $

866.569.2227
Contact phone                    Value of security:    - $
                                Unsecured claim    $

---

| 17 | | | | |
|---|---|---|---|---|

Pedersen Machine
1610 W Main
Beresford, SD 57004

**What is the nature of the claim?**    Repairs and maintenance on equipment    $ $37,304.76

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

deere@bmtc.net
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $

605.763.2622
Contact phone                    Value of security:    - $
                                Unsecured claim    $

---

| 18 | | | | |
|---|---|---|---|---|

Deere & Company
6400 NW 86th Street
Johnston, IA 50131-3000

**What is the nature of the claim?**    John Deere 9560 Crawler Tractor-Track Tractor S/N: 904242, with attachments thereto    $ $32,306.35

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $ $282,306.35
                                Value of security:    - $ $250,000.00
Contact phone                    Unsecured claim    $ $32,306.35

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Tracy John Clement _____    Case number *(if known)* _____

| 19 | John Deere Financial<br>PO Box 4450<br>Carol Stream, IL 60197 | **What is the nature of the claim?** | Equipment parts | $ $28,076.72 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____
Jeff Stratton

**Does the creditor have a lien on your property?**

_____
Contact
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

800.356.9033
Contact phone
Value of security:    - $ _____
Unsecured claim    $ _____

| 20 | Cadwell Sanford Deibert<br>200 E. 10th Street<br>Suite 200<br>Sioux Falls, SD 57101 | **What is the nature of the claim?** | Legal services | $ $23,962.50 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____
James Simko

**Does the creditor have a lien on your property?**

_____
Contact
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

605.336.0828
Contact phone
Value of security:    - $ _____
Unsecured claim    $ _____

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X /s/ Tracy John Clement _____    X _____
Tracy John Clement    Signature of Debtor 2
Signature of Debtor 1

Date   April 11, 2016 _____    Date _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Ag Country
PO Box 6020
Fargo ND 58108


Ag Star
PO Box 78219
Milwaukee WI 53278


C US Bank
111 N Elm Street
Cresco IA 52136


CHS Inc.
5500 Cenex Drive
Inver Grove Heights MN 55077


Citizens State Bank
216 First Ave NE
Oronoco MN 55960


CNH Industrial Capital America
100 Brubaker Ave
New Holland PA 17557


Deere & Company
6400 NW 86th Street
Johnston IA 50131-3000


Farm Credit Svcs of America
PO Box 2409
Omaha NE 68103


Featherlite Credit
103 20th Street NE STE 4
Stewartville MN 55976

Lake City Federal Savings
201 E Marion St
Lake City MN 55041


METABANK
600 Main Ave
PO Box 98
Brookings SD 57006


Northland Capital
PO Box 7278
St Cloud MN 56302


Nancy Clement
12915 County Rd 3
Spring Valley MN 55975


Fillmore County Treasurer
101 Fillmore Street
PO Box 466
Preston MN 55965


Goodhue County Assessor
509 W Fifth Street
Red Wing MN 55066


Howard County Treasurer
Howard County Courthouse
137 N Elm Street
Cresco IA 52136


Internal Revenue Service
Centralized Insolvency Operat.
PO Box 7346
Philadelphia PA 19101

MN Department of Revenue
Collection Enforcement
551 Bky Section - PO Box 64447
St. Paul MN 55164


Mower County Treasurer
201 First Street NE, Ste 7
Austin MN 55912


Olmsted County Treasurer
Olmsted County Government Cent
151 Fouth Street SE
Rochester MN 55904


Adams, Rizzi & Sween, P.A.
300 First Street NW
Austin MN 55912


Ag Performance
710 North Main Street
Buffalo Center IA 50424


AllState Leasing
PO Box 270710
Minneapolis MN 55427


Bauer Built
Hanson Tire Service
PO Box 248
Durand WI 54736


Brokaw Supply Company
2761 200th Street
Fort Dodge IA 50501


Cadwell Sanford Deibert
200 E. 10th Street
Suite 200
Sioux Falls SD 57101

Capital One Credit Card
PO Box 9600
Carol Stream IL 60128


Cargil Incorporated
2509 E 54th Street N
Sioux Falls SD 57104


Casey's Credit Card
PO Box 878439
Kansas City MO 64187


Clements Chevrolet
1000 12th Street SW
Rochester MN 55903


Farmers Mutual Hail Insurance
6785 Westown Parkway
West Des Moines IA 50266


Five Star Co-op
PO Box 151
New Hampton IA 50659


Freeborn County Co-op Oil
1840 Margaretha Ave
Albert Lea MN 56007


Funk Farms Trucking
16187 Hwy 63 South
Spring Valley MN 55975


Genex Cooperative
PO Box 469
Shawano WI 54166

Grinnell Hail Insurance 2014
4215 Highway 146
S/POE
Grinnell IA 50112


Harmony Vet Clinic
855 Wickett Dr NW
Harmony MN 55939


Hefty Seed-Baltic, SD
47504 252nd Street
Baltic SD 57003


Hefty Seed-Fairmont
1025 Fairview Ave
Fairmont MN 56031


J & S Repair Inc.
505 2nd Street NE
Grand Meadow MN 55936


John Deere Financial
PO Box 4450
Carol Stream IL 60197


Lawrence Leasing
860 Bench Street
Red Wing MN 55066


Mississippi Welders
PO Box 1036
Winona MN 55987


NuTech Seed
2321 North Loop Dr, Ste 230
Ames IA 50010

Pedersen Machine
1610 W Main
Beresford SD 57004


Pioneer - PHI Financial Svcs
PO Box 1000
Johnston IA 50131


Postville Farmers Co-op
325 Co-op Drive
Postville IA 52162


Preston Dairy and Farm
27743 State Hwy 16
Preston MN 55965


ProHaul
PO Box 337
Woonsocket SD 57385


R & S Fuel
304 Main
Chester IA 52134


Schmidt Goodman
1920 N Broadway
Rochester MN 55906


Schmitz Electric
PO Box 340
Adams MN 55909


Schwarck Seed
3317 390th Street
Riceville IA 50466

SEMA
1013 S Section Avenue
Spring Valley MN 55975


Taralan
6 Second Street NE
Buffalo MN 55313


Tri-State Ag
3180 U S 75 Avenue
Hull IA 51239


Valley Farm and Home
1313 South Section Ave
Spring Valley MN 55975


Walker, Billingsley & Bair
208 N Second Ave W
Newton IA 50208


Whitwater Wireless
1929 2nd Street SW
Rochester MN 55902


AgCountry Farm Credit Services
1900 - 44th Street S
Fargo ND 58103


Randall Cray
14751 Mill Rd
Lime Springs IA 52155


Deere Credit, Inc.
6400 NW 86th Street
Johnston IA 50131

ENL Farms, LLP
412 S Fourth Street, Ste 1150E
Minneapolis MN 55415


Featherlite Credit Corporation
PO Box 319
Cresco IA 52136


Lanna Gehling
27439 State Hwy 16
PO Box 344
Preston MN 55965


Ronald Gehling
27439 State Hwy 16
PO Box 344
Preston MN 55965


GRS Partners LLC
1101 S Cherry Lane
Holmen WI 54636


Elaine & James Hegge
27439 State Hwy 16
PO Box 344
Preston MN 55965


Bruce Kline
Agtronic LLC
298 E Garvin Heights Rd
Winona MN 55987


Mark Kramer
PO Box 263
New Hampton IA 50659

Ladeoff Family Retirement Acct
c/o DeWitt Bank & Trust Co
PO Box 260
De Witt IA 52742


Lawrence Hindt Rev Family Tst
633 Lyndale Ave
Spring Valley MN 55975


NAMA, LLC
27439 State Hwy 16
PO Box 344
Preston MN 55965


Mark Serfling
22334 W Main Street
Cresco IA 52136


Brad Speer
16709 Mower/Fillmore Rd
Ostrander MN 55961


Summit Ag
10640 County Hwy D20
Alden IA 50006


C&B Farms L.L.C.
12515 County 3
Spring Valley MN 55975


Dakota River Farms, LLC


Heather J. Swenson

Nancy  Clement
12915 County Rd 3
Spring Valley MN 55975


Daniel  Donnelly, Esq.
Donnelly Law Office
130 Third Ave NW
Austin MN 55912


Jeffrey  W.  Courter,  Esq.
700 Walnut. Ste 1600
Des Moines IA 50309


Matthew  W.  VanHeuvelen,  Esq.
206 W 14th Street
Sioux Falls SD 57101


Ostrander  Farmers  Co-op
110 W Third St
Ostrander MN 55961